Allison Meshekow Holtzman, Bar No. 223574
AHoltzman@LathropGage.com
Anthony Nguyen, CA Bar No. 259154
ANguyen@LathropGage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623
Telephone: 310.789.4600
Facsimile: 310.789.4685

Attorneys for Defendant
HNTB CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| | |
|---|---|
| JOHN MERRILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HNTB CORPORATION, a California corporation; and DOES 1 - 50,<br><br>Defendants. | Case No. SACV13-01861-AG(DFMx)<br><br>**DEFENDANT HNTB CORPORATION'S ANSWER TO COMPLAINT** |

Defendant, HNTB Corporation ("Defendant") answers the Complaint filed by John Merrill ("Plaintiff") as follows:

1. Answering paragraph 1, Defendant denies the allegation that the superior court where this Complaint was originally filed is the proper court, and so it denies the allegations of paragraph 1.

2. Answering paragraph 2, Defendant has insufficient knowledge or information concerning the subject allegations, and so it denies the allegations of paragraph 2.

3. Answering paragraph 3, Defendant denies the allegations of paragraph 3.

4. Answering paragraph 4, Defendant denies the allegations in paragraph 4.

5. Answering paragraph 5, Defendant denies the allegations of paragraph 5.

6. Answering paragraph 6, Defendant admits that Plaintiff was hired by Defendant in 2009 as an Engineer III, had worked as a Project Manager I, and was paid over $50.00 per hour, but denies any remaining allegations contained in paragraph 6.

7. Answering paragraph 7, Defendant has insufficient knowledge or information concerning the subject allegations, and so it denies the allegations of paragraph 7.

8. Answering paragraph 8, Defendant has insufficient knowledge or information concerning the subject allegations, and so it denies the allegations of paragraph 8.

9. Answering paragraph 9, Defendant has insufficient knowledge or information concerning the subject allegations, and so it denies the allegations of paragraph 9.

10. Answering paragraph 10, Defendant has insufficient knowledge or information concerning the subject allegations, and so it denies the allegations of paragraph 10.

11. Answering paragraph 11, Defendant has insufficient knowledge or information concerning the subject allegations, and so it denies the allegations of paragraph 11.

12. Answering paragraph 12, Defendant has insufficient knowledge or information concerning the subject allegations, and so it denies the allegations of paragraph 12.

Lathrop & Gage LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623

1     13.     Answering paragraph 13, Defendant denies the allegations of paragraph 13.

    14.     Answering paragraph 14, Defendant has insufficient knowledge or information concerning Plaintiff's condition, and so it denies such allegations of paragraph denies the remainder of the allegations of paragraph 14.

    15.     Answering paragraph 15, Defendant has insufficient knowledge or information concerning the subject allegations, and so it denies the allegations of paragraph 15.

    16.     Answering paragraph 16, Defendant has insufficient knowledge or information concerning Plaintiff's father's condition, and denies such allegations and denies the remainder of paragraph 16.

    17.     Answering paragraph 17, Defendant has insufficient knowledge or information concerning the subject allegations, and so it denies the allegations of paragraph 17.

    18.     Answering paragraph 18, Defendant denies the allegations of paragraph 18.

    19.     Answering paragraph 19, Defendant has insufficient knowledge or information concerning the subject allegation, and so it denies the allegations of paragraph 19.

    20.     Answering paragraph 20, Defendant denies the allegations of paragraph 20.

    21.     Answering paragraph 21, Defendant denies the allegations of paragraph 21.

    22.     Answering paragraph 22, Defendant denies the allegations of paragraph 22.

    23.     Answering paragraph 23, Defendant denies the allegations of paragraph 23.

    24.     Answering paragraph 24, Defendant denies the allegations of

Lathrop & Gage LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623

1 paragraph 24.

2 25. Answering paragraph 25, Defendant denies allegations of paragraph
3 25.

4 26. Answering paragraph 26, Defendant denies the allegations of
5 paragraph 26.

6 27. Answering paragraph 27, Defendant has insufficient knowledge or
7 information concerning the subject allegations, and so it denies the allegations of
8 paragraph 27.

9 28. Answering paragraph 28, Defendant reincorporate and realleges its
10 answers to paragraphs 1 through and including 28.

11 29. Answering paragraph 29, the allegations contained in paragraph 29 are
12 not factual allegations, and on that basis Defendant denies the allegations of
13 paragraph 29.

14 30. Answering paragraph 30, Defendant denies the allegations in
15 paragraph 30.

16 31. Answering paragraph 31, Defendant has insufficient knowledge or
17 information concerning the allegations about Plaintiff's limitations and on that basis
18 denies such allegations, and denies the remainder of paragraph 31.

19 32. Answering paragraph 32, Defendant denies the allegations contained
20 in paragraph 32.

21 33. Answering paragraph 33, Defendant denies the allegations contained
22 in paragraph 33.

23 34. Answering paragraph 34, Defendant denies the allegations contained
24 in paragraph 34.

25 35. Answering paragraph 35, Defendant denies the allegations contained
26 in paragraph 35.

27 36. Answering paragraph 36, Defendant denies the allegations contained
28 in paragraph 36.

37. Answering paragraph 37, Defendant reincorporates and realleges its answers to paragraphs 1 through and including 36.

38. Answering paragraph 38, Defendant denies the allegations contained in paragraph 38.

39. Answering paragraph 39, Defendant denies the allegations of paragraph 39.

40. Answering paragraph 40, Defendant denies the allegations of paragraph 40.

41. Answering paragraph 41, Defendant denies the allegations of paragraph 41.

42. Answering paragraph 42, Defendant has insufficient knowledge or information concerning the allegations, and on that basis, denies the allegations in paragraph 42.

43. Answering paragraph 43, Defendant denies the allegations of paragraph 43.

44. Answering paragraph 44, Defendant denies the allegations of paragraph 44.

45. Answering paragraph 45, Defendant denies the allegations of paragraph 45.

46. Answering paragraph 46, Defendant reincorporates and realleges is answers to paragraphs 1 through and including 45.

47. Answering paragraph 47, Defendant denies the allegations of paragraph 47.

48. Answering paragraph 48, Defendant denies the allegations of paragraph 48.

49. Answering paragraph 49, Defendant denies the allegations of paragraph 49.

50. Answering paragraph 50, Defendant denies the allegations of

Lathrop & Gage LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623

1  paragraph 50.

2      51.    Answering paragraph 51, Defendant denies the allegations of paragraph 51.

4      52.    Answering paragraph 52, Defendant denies allegations of paragraph 52.

6      53.    Answering paragraph 53, Defendant denies the allegations of paragraph 53.

8      54.    Answering paragraph 54, Defendant reincorporates and realleges its answers to paragraphs 1 through and including 53.

10      55.    Answering paragraph 55, Defendant denies the allegations of paragraph 55.

12      56.    Answering paragraph 56, Defendant denies the allegations of paragraph 56.

14      57.    Answering paragraph 57, Defendant denies the allegations of paragraph 57.

16      58.    Answering paragraph 58, Defendant denies the allegations of paragraph 58.

18      59.    Answering paragraph 59, Defendant denies the allegations of paragraph 59.

20      60.    Answering paragraph 60, Defendant reincorporates and realleges its answers to paragraphs 1 through and including 59.

22      61.    Answering paragraph 61, Defendant denies the allegations of paragraph 61.

24      62.    Answering paragraph 62, Defendant denies the allegations of paragraph 62.

26      63.    Answering paragraph 63, Defendant has insufficient information concerning the allegations in paragraph 63, and on that basis denies paragraph 63.

28      64.    Answering paragraph 64, Defendant has insufficient knowledge or

Lathrop & Gage LLP
1888 Century Park East, Suite 1000
Los Angeles, California 90067-1623

information concerning the subject allegations, and so it denies the allegations of paragraph 64.

65. Answering paragraph 65, Defendant denies the allegations of paragraph 65.

66. Answering paragraph 66, Defendant denies the allegations of paragraph 66.

67. Answering paragraph 67, Defendant denies the allegations of paragraph 67.

68. Answering paragraph 68, Defendant reincorporates and realleges its answers to paragraphs 1 through and including 67.

69. Answering paragraph 69, Defendant has insufficient information concerning the allegations contained in paragraph 69, and on that basis, denies paragraph 69.

70. Answering paragraph 70, Defendant denies the allegations of paragraph 70.

71. Answering paragraph 71, Defendant denies the allegations of paragraph 71.

72. Answering paragraph 72, Defendant denies the allegations of paragraph 72.

73. Answering paragraph 73, Defendant denies the allegations of paragraph 73.

74. Answering paragraph 53, Defendant denies the allegations of paragraph 53.

75. Answering paragraph 75, Defendant reincorporates and realleges its answers to paragraphs 1 through and including 74.

76. Answering paragraph 76, Defendant denies the allegations of paragraph 76.

77. Answering paragraph 77, Defendant denies the allegations of

paragraph 77.

78. Answering paragraph 78, Defendant denies the allegations of paragraph 78.

79. Answering paragraph 79, Defendant denies the allegations of paragraph 79.

## AFFIRMATIVE DEFENSES

As and for separate and affirmative defenses to the Complaint, Defendant alleges as follows:

### FIRST AFFIRMATIVE DEFENSE

80. Plaintiff's Complaint, and each purported cause of action contained therein, fails to state facts sufficient to constitute any claim against Defendant.

### SECOND AFFIRMATIVE DEFENSE

81. Plaintiff is barred from recovering monetary damages to the extent that he failed to mitigate or reasonably attempted to mitigate his damages as required by law.

### THIRD AFFIRMATIVE DEFENSE

82. Any and all damages, if any, sustained or suffered by Plaintiff was proximately caused and contributed to by the negligence of and/or actions of persons, corporations, and/or entities other than Defendant. Plaintiff's recovery in this action must be diminished in proportion to the amount at fault attributable to said persons, corporations, and/or entities.

### FOURTH AFFIRMATIVE DEFENSE

83. Pursuant to Cal. Civ. Code § 1021.6, in the event Defendant prevails in this action, Defendant shall be entitled to recover reasonable attorneys' fees for the defense of this matter from the party or parties responsible, if any.

### FIFTH AFFIRMATIVE DEFENSE

84. Defendant is not liable for punitive damages because it did not commit

any alleged oppressive, willful, fraudulent or malicious acts, or authorize or ratify any such act nor did an officer, director or managing agent of Defendant commit, authorize or ratify or consciously disregard any alleged discrimination of Plaintiff. Cal. Civ. Code § 3294(b).

### SIXTH AFFIRMATIVE DEFENSE

85. The Complaint, and each claim or cause of action contained therein, is barred by the applicable statute of limitations, including without limitation, California Code of Civil Procedure § 340.

### SEVENTH AFFIRMATIVE DEFENSE

86. Defendant is not liable for any damages to Plaintiff to the extent he is indemnified by parties other than Defendant.

### EIGHTH AFFIRMATIVE DEFENSE

87. The Complaint, and each claim or cause of action contained therein, is barred because Plaintiff failed to exhaust his administrative remedies as provided under the California Government Code.

### NINTH AFFIRMATIVE DEFENSE

88. Defendant reserves its rights to assert additional affirmative defense in the event discovery indicates that additional affirmative defenses are available to them.

### PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff shall take nothing by reason of the Complaint on file herein;

2. That the Court require Plaintiff to pay Defendant's costs, expenses, and reasonable attorneys' fees incurred in this action;

3. That the Court grant Defendant any further relief that the Court deems just and equitable.

Dated: December 6, 2013

LATHROP & GAGE LLP

By: */s/ Allison Meshekow Holtzman*
Allison Meshekow Holtzman
Anthony Nguyen

Attorneys for Defendant
HNTB CORPORATION