1  Allison Meshekow Holtzman, Bar No. 223574
   AHoltzman@LathropGage.com
2  LATHROP & GAGE LLP
   1888 Century Park East, Suite 1000
3  Los Angeles, California 90067-1623
   Telephone: 310.789.4600
4  Facsimile: 310.789.4685

5  Attorneys for Defendant
   HNTB CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOHN MERRILL, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HNTB CORPORATION, a California corporation; and DOES 1 - 50,<br><br>　　　　Defendants. | Case No. 8:13-cv-01861-AG-DFM<br><br>*Assigned to the Honorable Andrew J. Guilford*<br><br>**JOINT REPORT OF PARTIES PURSUANT TO F.R.CIV.P RULE 26(f)**<br><br>Scheduling Conf: February 10, 2014<br>Time: 9:00 a.m.<br>Courtroom: 10D<br><br>Complaint Filed: October 16, 2013 |

21232236v1

JOINT F.R.CIV.P. RULE 26(F) REPORT

On January 13, 2014, counsel for all parties in this action met in person at the Law Offices of Hogie & Campbell, located at 13522 Newport Avenue, Suite 201, Tustin, California 92780, to confer as required by F.R.Civ.P. Rule 26(f) and the Court's December 9, 2013 Order Re Early Meeting of Parties and Scheduling Conference (the "Order"). The following attended the conference: Allison M. Holtzman and Anthony Nguyen of Lathrop & Gage LLP on behalf of defendant HNTB CORPORATION ("Defendant") and Stephen W. Hogie and Paul A. Campbell of Hogie & Campbell on behalf of plaintiff JOHN MERRILL ("Plaintiff").

During the conference, counsel discussed the issues required by F.R.Civ.P. Rule 26(f), Local Rule 26-1, and the Order. Counsel agreed to the following:

**1. Initial Disclosures (Rule (26(f)(3)(A))**

The parties agreed that the initial Rule 26(a)(1) disclosures shall be made on or before February 6, 2014.

**2. Scope and Completion of Discovery (Rule (26(f)(3)(B))**

Defendant and Plaintiff propose that the production of documents be made in accordance with the applicable rules and local rules, necessitating first the identity of categories of documents before a production of documents is made.

The parties agree that electronic copies of all propounded interrogatories be delivered to the answering party upon propounding the discovery.

Plaintiff proposes that the discovery cutoff date be 90 days before trial for non-expert discovery and 60 days before trial for expert discovery.

Defendant proposes that the discovery cut-off date for both expert and non-expert discovery remain consistent with the timing set forth in the applicable rules under the F.R.Civ.P. and local rules, and that no modifications be made.

**3. Electronically Stored Information (Rule (26(f)(3)(C))**

The parties agreed that the production of electronically stored information is not necessary in this case. However, any party may, in its discretion, request,

produce and rely upon electronically stored information.

**4. Privilege (Rule (26(f)(3)(D))**

The parties agree that there are no issues regarding privilege that need to be addressed by the Court at this time.

**5. Changes to Limitations on Discovery (Rule (26(f)(3)(E))**

The parties agree that, except as otherwise noted in the Joint Report, there are no issues regarding limiting discovery that need to be addressed by the Court at this time.

**6. Other Orders (Rule (26(f)(3)(F)**

The parties agree that there are no issues regarding other orders under F.R.Civ.P. Rule 26(c) or F.R.Civ.P. Rule 16(b) that need to be addressed by the Court at this time.

**7. Complexity (L.R. 26-1(a))**

The parties agree that this is not a complex case and the procedures of the Manual for Complex Litigation are not necessary.

**8. Motion Schedule (L.R. 26-1(b))**

Plaintiff proposes modifying the motion schedule to allow a dispositive motion to be filed 90 days before the hearing, oppositions filed no later than 60 days before the hearing, and replies to be filed no later than 45 days before the hearing, with a motion cutoff date to be no later than 30 days before trial with the exception of motions in limine.

Defendant proposes that the motion, dispositive motion, and partially dispositive motion schedule be noticed in accordance with the time limits set forth in the F.R.Civ.P. and that no modifications be made to such Rules.

**9. ADR (L.R. 26-1(c))**

The parties agree, pursuant to L.R. 16-15.4, to participate in a non-judicial dispute resolution proceeding.

**10. Trial Estimate (L.R. 26-1(d))**

Plaintiff and Defendant estimate a 7-day jury trial.

**11. Additional Parties (L.R. 26-1(e))**

The parties agree that no additional parties are currently expected to appear at this time.

**12. Expert Witnesses (L.R. 26-1(f))**

The parties agree and propose that the disclosure of expert witnesses occur 50 days prior to the initial trial date.

Dated: January 27, 2014

LATHROP & GAGE LLP

By: _____
Allison M. Holtzman

Attorneys for Defendant
HNTB CORPORATION

Dated: January 27, 2014

HOGIE & CAMPBELL

By: _____
Stephen W. Hogie
Paul A. Campbell

Attorneys for Plaintiff
JOHN MERRILL

21232236v1

4

JOINT F.R.CIV.P. RULE 26(F) REPORT